JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney At Law

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S 09-397-JAM |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| JAMES RICHARD GILES, | ) | **ARRAIGNMENT**: |
| Defendant. | ) | Date:  February 26, 2010 |
| | ) | Time:  2:00 p.m. |
| | ) | Courtroom 25 |

Defendant James Richard Giles, through attorney John Balazs, and the United States, through its attorney Assistant U.S. Attorney Samuel Wong, hereby stipulate and request that the Court continue the arraignment in the above-captioned case from February 12, 2010 to **February 26, 2010, at 2:00 p.m.**

At the initial appearance on January 15, 2010, Mr. Giles was released O/R and the arraignment was continued to February 12, 2010 for Mr. Giles to obtain counsel.  Mr. Giles has contacted attorney John Balazs and is making arrangements to retain him in this matter.  The requested continuance is for two reasons.  First, Mr. Giles needs more time to finalize the arrangements to retain counsel.  Second, expected counsel John Balazs is on vacation from February 10-17, 2010.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from the date of this

stipulation, February 4, 2010, through, and including, February 26, 2010, for continuity of counsel under 18 U.S.C. § 3161(h)(7) (A) and (B)(iv) and Local Code T4.  Mr. Balazs has discussed this exclusion of time with Mr. Giles who concurs with this request and exclusion of time under the Speedy Trial Act.

Respectfully submitted,

Dated:  February 4, 2010

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
JAMES RICHARD GILES


BENJAMIN WAGNER
U.S. Attorney

Dated:  February 4, 2010

By:   /s/ SAMUEL WONG
SAMUEL WONG
Assistant U.S. Attorney



## ORDER


Based on the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its order.  It is ordered that the previously set arraignment on the Indictment is continued to February 26, 2010, at 2:00p.m.  It is further ordered that time from the date of the parties' stipulation, February 4, 2010, until and including February 26, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act to allow defendant to retain defense counsel and allow defendant continuity of counsel, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T4.  The Court specifically finds that the ends of justice served by the granting of a continuance outweigh

the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  February  8    , 2010

                                        /s/ Gregory G. Hollows
                                        HON. GREGORY G. HOLLOWS
                                        U.S. Magistrate Judge

giles.eot