JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney At Law

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-00397 JAM |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| JAMES RICHARD GILES, | ) | **ARRAIGNMENT**: |
| Defendant. | ) | Date: March 19, 2010 |
| _____ | ) | Time: 2:00 p.m. |
| | | Hon. Dale A. Drozd--Courtroom 27 |

Defendant James Richard Giles, through attorney John Balazs, and the United States, through its attorney Assistant U.S. Attorney Samuel Wong, hereby stipulate and request that the Court continue the arraignment in the above-captioned case from February 26, 2010 before Magistrate Judge Kendall J. Newman to March 19, 2010, at 2:00 p.m. before Magistrate Judge Dale A. Drozd.

At the initial appearance on January 15, 2010, Mr. Giles was released O/R and the arraignment was continued to February 12, 2010 for Mr. Giles to obtain counsel.  The arraignment was continued once to February 26, 2010 by stipulation and order.  Mr. Giles has contacted attorney John Balazs and is making arrangements to retain him in this matter. The requested continuance is because Mr. Giles needs more time to finalize the arrangements to retain counsel.

For these reasons, the parties stipulate and request that the Court exclude time within

which the trial must commence under the Speedy Trial Act from the date of this stipulation, February 22, 2010, through, and including, March 19, 2010, for continuity of counsel under 18 U.S.C. § 3161(h)(7) (A) and (B)(iv) and Local Code T4.  Time is currently excluded for these reasons under the Speedy Trial Act through February 26, 2010.  Mr. Balazs has discussed this exclusion of time with Mr. Giles who concurs with this request and exclusion of time under the Speedy Trial Act.

Respectfully submitted,

Dated:  February 22, 2010

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
JAMES RICHARD GILES


BENJAMIN WAGNER
U.S. Attorney

Dated:  February 22, 2010

By:   /s/ SAMUEL WONG
SAMUEL WONG
Assistant U.S. Attorney

# ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its order.  It is ordered that the arraignment on the Indictment set for February 26, 2010 before Magistrate Judge Kendall J. Newman is VACATED and RESET for March 19, 2010, at 2:00 p.m. before Magistrate Judge Dale A. Drozd.  It is further ordered that time from the date of the parties' stipulation, February 22, 2010, until and including March 19, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act to allow defendant to retain defense counsel and allow defendant continuity of counsel, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T4.  The Court specifically finds that the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  February  24 , 2010

/s/ Kendall J. Newman
HON. KENDALL J. NEWMAN
U.S. Magistrate Judge