1  JOHN BALAZS, Bar #157287
   Attorney At Law
2  916 2nd Street, 2nd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney At Law

**FILED**

MAR 18 2010


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES RICHARD GILES,<br><br>　　　　Defendant. | No. CR-S 09-397-JAM<br><br>**STIPULATION AND ORDER**<br><br>**ARRAIGNMENT**:<br>Date: April 1, 2010<br>Time: 2:00 p.m.<br>Hon. Kimberly J. Mueller |

　　　Defendant James Richard Giles, through attorney John Balazs, and the United States, through its attorney Assistant U.S. Attorney Samuel Wong, hereby stipulate and request that the Court continue the arraignment in the above-captioned case from March 19, 2010 to **April 1, 2010, at 2:00 p.m.**

　　　At the initial appearance on January 15, 2010, Mr. Giles was released O/R and the arraignment was continued to February 12, 2010 for Mr. Giles to obtain counsel. The arraignment was continued twice to March 19, 2010 by stipulation and order. Mr. Giles has contacted attorney John Balazs and is making arrangements to retain him in this matter. The requested continuance is because Mr. Giles needs more time to finalize the arrangements to retain counsel. He expects to do so by April 1, 2010.

　　　For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from the date of this

stipulation, March 18, 2010, through, and including, April 1, 2010, for continuity of counsel under 18 U.S.C. § 3161(h)(7) (A) and (B)(iv) and Local Code T4. Time is currently excluded for these reasons under the Speedy Trial Act through March 19, 2010. Mr. Balazs has discussed this exclusion of time with Mr. Giles who concurs with this request and exclusion of time under the Speedy Trial Act.

Respectfully submitted,

Dated: March 18, 2010

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
JAMES RICHARD GILES


BENJAMIN WAGNER
U.S. Attorney

Dated: March 18, 2010

By: /s/ SAMUEL WONG
SAMUEL WONG
Assistant U.S. Attorney


## ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its order. It is ordered that the previously set arraignment on the Indictment is continued to April 1, 2010, at 2:00 p.m., before Magistrate Judge Kimberly J. Mueller. It is further ordered that time from the date of the parties' stipulation, March 18, 2010, until and including April 1, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act to allow defendant to retain defense counsel and allow defendant continuity of counsel, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T4. The Court specifically finds that the ends of justice served by the granting

of a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: March __18__, 2010

*Dale A. Drozd*
HON. DALE A. DROZD
U.S. Magistrate Judge

3