DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES RICHARD GILES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 09-397-JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| JAMES RICHARD GILES, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for May 4, 2010, at 9:30 a.m., be rescheduled to June 22, 2010, at 9:30 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

1  The parties agree that time under the Speedy Trial Act should be
2  excluded from the date of this stipulation, May 3, 2010, through and
3  including June 22, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), for
4  preparation of defense counsel, and Local Code T4.

5  Dated: May 3, 2010                Respectfully submitted,

6                                    DANIEL BRODERICK
                                     Federal Defender
7

8                                    /s/ Ben Galloway
                                     BENJAMIN GALLOWAY
9                                    Assistant Federal Defender
                                     Attorney for Defendant
10

11
    Dated: May 3, 2010               BENJAMIN B. WAGNER
12                                   United States Attorney

13                                   /s/ Benjamin Galloway for
                                     SAMUEL WONG
14                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
15

16                          **O R D E R**

17       Based on the stipulation of the parties and good cause
18  appearing therefrom, the Court hereby finds that the failure to grant a
19  continuance in this case would deny defense counsel reasonable time
20  necessary for effective preparation, taking into account the exercise
21  of due diligence.  The Court specifically finds that the ends of
22  justice served by the granting of such continuance outweigh the
23  interests of the public and the defendant in a speedy trial.  Based on
24  these findings and pursuant to the stipulation of the parties, the
25  Court hereby adopts the stipulation of the parties in its entirety as
26  its order.  Time is excluded from computation of time within which the
27  trial of this matter must be commenced beginning from the date of the
28  stipulation, May 3, 2010, through and including June 22, 2010, pursuant

1 | to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare]
2 |
3 | and Local Code T4.  A new status conference date is hereby set for
4 | June 22, 2010, at 9:30 a.m.
5 |
6 | DATED: May 3, 2010                /s/ John A. Mendez
                                       JOHN A. MENDEZ
                                       United States District Judge