```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  BENJAMIN GALLOWAY, Bar #214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JAMES RICHARD GILES
 6

 7

 8               IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,     )  No. Cr.S. 09-397-JAM
                                  )
13                  Plaintiff,    )
                                  )  STIPULATION AND ORDER TO CONTINUE
14       v.                       )  STATUS CONFERENCE
                                  )
15  JAMES RICHARD GILES,          )  Date:  July 27, 2010
                                  )  Time:  9:30 a.m.
16                  Defendant.    )  Judge: John A. Mendez
                                  )
17  _____)

18
```

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for June 22, 2010, at 9:30 a.m., be rescheduled to July 27, 2010, at 9:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

1  The parties agree that time under the Speedy Trial Act should be
2  excluded from the date of this stipulation, June 17, 2010, through and
3  including July 27, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
4  (B)(iv), for preparation of defense counsel, and Local Code T4.

5  Dated: June 17, 2010          Respectfully submitted,

6                                DANIEL BRODERICK
                                  Federal Defender
7

8                                /s/ Ben Galloway
                                  BENJAMIN GALLOWAY
9                                 Assistant Federal Defender
                                  Attorney for Defendant
10

11
    Dated: June 17, 2010          BENJAMIN B. WAGNER
12                                United States Attorney

13                                /s/ Benjamin Galloway for
                                  SAMUEL WONG
14                                Assistant U.S. Attorney
                                  Attorney for Plaintiff
15

16                              **O R D E R**

17  Based on the stipulation of the parties and good cause
18  appearing therefrom, the Court hereby finds that the failure to grant a
19  continuance in this case would deny defense counsel reasonable time
20  necessary for effective preparation, taking into account the exercise
21  of due diligence.  The Court specifically finds that the ends of
22  justice served by the granting of such continuance outweigh the
23  interests of the public and the defendant in a speedy trial.  Based on
24  these findings and pursuant to the stipulation of the parties, the
25  Court hereby adopts the stipulation of the parties in its entirety as
26  its order.  Time is excluded from computation of time within which the
27  trial of this matter must be commenced beginning from the date of the
28  stipulation, June 16, 2010, through and including July 27, 2010,

pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4.  A new status conference date is hereby set for July 27, 2010, at 9:30 a.m..

DATED: June 17, 2010                    /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        United States District Judge