1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JAMES RICHARD GILES
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  No. Cr.S. 09-397-JAM
                                   )
13                  Plaintiff,     )
                                   )  STIPULATION AND ORDER TO CONTINUE
14        v.                       )  STATUS CONFERENCE
                                   )
15  JAMES RICHARD GILES,           )  Date:   September 14, 2010
                                   )  Time:   9:30 a.m.
16                  Defendant.     )  Judge:  John A. Mendez
                                   )
17  _____ )

18

19

20       IT IS HEREBY STIPULATED by and between the parties hereto through

21  their respective counsel, SAMUEL WONG, Assistant United States

22  Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant

23  Federal Defender, attorney for defendant, that the status conference

24  set for July 27, 2010, at 9:30 a.m., be rescheduled to September 14,

25  2010, at 9:30 a.m..

26       The reason for this continuance is to allow defense counsel

27  additional time to review discovery with the defendant, to examine

28  possible defenses and to continue investigating the facts of the case.

1    The parties agree that time under the Speedy Trial Act shall be

2  excluded from computation of time within which the trial of this case

3  must be commenced beginning from the date of this stipulation, July 21,

4  2010, through and including September 14, 2010, pursuant to 18 U.S.C. §

5  3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and

6  Local Code T4.

7  Dated: July 21, 2010          Respectfully submitted,

8                                DANIEL BRODERICK
                                 Federal Defender
9

10                               /s/ Ben Galloway
                                 BENJAMIN GALLOWAY
11                               Assistant Federal Defender
                                 Attorney for Defendant
12

13
   Dated: July 21, 2010          BENJAMIN B. WAGNER
14                               United States Attorney

15                               /s/ Benjamin Galloway for
                                 SAMUEL WONG
16                               Assistant U.S. Attorney
                                 Attorney for Plaintiff

17

18                              **O R D E R**

19      Based on the stipulation of the parties and good cause

20 appearing therefrom, the Court hereby finds that the failure to grant a

21 continuance in this case would deny defense counsel reasonable time

22 necessary for effective preparation, taking into account the exercise

23 of due diligence.  The Court specifically finds that the ends of

24 justice served by the granting of such continuance outweigh the

25 interests of the public and the defendant in a speedy trial.  Based on

26 these findings and pursuant to the stipulation of the parties, the

27 Court hereby adopts the stipulation of the parties in its entirety as

28 its order.  Time is excluded from computation of time within which the

1  trial of this matter must be commenced beginning from the date of the

2  stipulation, July 21, 2010, through and including September 14, 2010,

3  pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for

4  defense counsel to prepare] and Local Code T4.  A new status conference

5  date is hereby set for September 14, 2010, at 9:30 a.m..

6

7  DATED: July 22, 2010                    /s/ John A. Mendez
                                           JOHN A. MENDEZ
8                                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28