```
DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES RICHARD GILES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>JAMES RICHARD GILES,<br><br>           Defendant.<br>_____ | No. Cr.S. 09-397-JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:  October 19, 2010<br>Time:  9:30 a.m.<br>Judge: John A. Mendez |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for September 14, 2010, at 9:30 a.m., be rescheduled to October 19, 2010, at 9:30 a.m..

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

1    The parties agree that time under the Speedy Trial Act should be
2 excluded from the date of this stipulation, September 9, 2010, through
3 and including October 19, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A)
4 and (B)(iv), for preparation of defense counsel, and Local Code T4.

5 Dated: September 9, 2010        Respectfully submitted,

6                                 DANIEL BRODERICK
                                  Federal Defender
7

8                                 /s/ Ben Galloway
                                  BENJAMIN GALLOWAY
9                                 Assistant Federal Defender
                                  Attorney for Defendant
10

11
   Dated: September 9, 2010       BENJAMIN B. WAGNER
12                                United States Attorney

13                                /s/ Benjamin Galloway for
                                  SAMUEL WONG
14                                Assistant U.S. Attorney
                                  Attorney for Plaintiff
15

16                              **O R D E R**

17       Based on the stipulation of the parties and good cause
18 appearing therefrom, the Court hereby finds that the failure to grant a
19 continuance in this case would deny defense counsel reasonable time
20 necessary for effective preparation, taking into account the exercise
21 of due diligence.  The Court specifically finds that the ends of
22 justice served by the granting of such continuance outweigh the
23 interests of the public and the defendant in a speedy trial.  Based on
24 these findings and pursuant to the stipulation of the parties, the
25 Court hereby adopts the stipulation of the parties in its entirety as
26 its order.  Time is excluded from computation of time within which the
27 trial of this matter must be commenced beginning from the date of the
28 stipulation, September 9, 2010, through and including October 19, 2010,

pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4.  A new status conference date is hereby set for October 19, 2010, at 9:30 a.m..

DATED: 9/9/2010                          /s/ John A. Mendez
                                         JOHN A. MENDEZ
                                         United States District Judge

3