```
DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES RICHARD GILES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 09-397-JAM |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| JAMES RICHARD GILES, ) | Date:  December 14, 2010 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | Judge: John A. Mendez |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for November 16, 2010, at 9:30 a.m., be rescheduled to December 14, 2010, at 9:30 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties agree that time under the Speedy Trial Act should be excluded from the date of this stipulation, November 12, 2010, through and including December 14, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and Local Code T4.

Dated: November 8, 2010          Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender


                                 /s/ Ben Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant


Dated: November 12, 2010         BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Benjamin Galloway for
                                 SAMUEL WONG
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## **O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, November 12, 2010, through and including December 14,

```
1  2010, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time
2  for defense counsel to prepare] and Local Code T4.  A new status
3  conference date is hereby set for December 14, 2010, at 9:30 a.m..
4
5  DATED: November 12, 2010.  _____
                                         /s/ John A. Mendez
                                         JOHN A. MENDEZ
6                                        United States District Judge
```