1   DANIEL BRODERICK, Bar #89424
    Federal Defender
2   BENJAMIN GALLOWAY, Bar #214897
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    JAMES RICHARD GILES
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  No. Cr.S. 09-397-JAM
                                   )
13                  Plaintiff,     )
                                   )  STIPULATION AND ORDER TO CONTINUE
14       v.                        )  STATUS CONFERENCE
                                   )
15  JAMES RICHARD GILES,           )  Date:   January 25, 2011
                                   )  Time:    9:30 a.m.
16                  Defendant.     )  Judge:  John A. Mendez
                                   )
17  _____)

18

19

20       IT IS HEREBY STIPULATED by and between the parties hereto through

    their respective counsel, SAMUEL WONG, Assistant United States
21
    Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant
22
    Federal Defender, attorney for defendant, that the status conference
23
    set for December 14, 2010, at 9:30 a.m., be rescheduled to January 25,
24
    2011, at 9:30 a.m..
25
         Mr. Giles is charged with unlawful refilling and transportation of
26
    gas cylinders alleged to have occurred in 2004 and 2005.  The
27
    indictment was filed in late-2009.  The alleged facts involve a number
28

1  of corporate shipping entities and contractors, and a complex set of

2  federal regulations governing the transportation of these cylinders.

3       Over the last year, the defense has worked to gain an

4  understanding of this industry, to investigate involved entities, and

5  to review relevant physical and documentary evidence.  This process is

6  not complete, but sufficient work has been done such that the parties

7  are now able to engage in meaningful settlement negotiations, which

8  have just begun.  Additional time is needed for that purpose.

9       The parties agree that time under the Speedy Trial Act should be

10  excluded from the date of this stipulation, December 9, 2010, through

11  and including January 25, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A)

12  and (B)(iv), for preparation of defense counsel, and Local Code T4.

13  Dated: December 9, 2010         Respectfully submitted,

14                                  DANIEL BRODERICK
                                    Federal Defender

15

16                                  /s/ Ben Galloway
                                    BENJAMIN GALLOWAY
17                                  Assistant Federal Defender
                                    Attorney for Defendant

18

19
    Dated: December 9, 2010         BENJAMIN B. WAGNER
20                                  United States Attorney

21                                  /s/ Benjamin Galloway for
                                    SAMUEL WONG
22                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff

23

24                              **O R D E R**

25       Based on the stipulation of the parties and good cause appearing

26  therefrom, the Court hereby finds that the failure to grant a

27  continuance in this case would deny defense counsel reasonable time

28  necessary for effective preparation, taking into account the exercise

1  of due diligence.  The Court specifically finds that the ends of

2  justice served by the granting of such continuance outweigh the

3  interests of the public and the defendant in a speedy trial.  Based on

4  these findings and pursuant to the stipulation of the parties, the

5  Court hereby adopts the stipulation of the parties in its entirety as

6  its order.  Time is excluded from computation of time within which the

7  trial of this matter must be commenced beginning from the date of the

8  stipulation, December 9, 2010, through and including January 25, 2011,

9  pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for

10 defense counsel to prepare] and Local Code T4.  A new status conference

11 date is hereby set for January 25, 2011, at 9:30 a.m..

12

DATED: 12/9/2010                    /s/ John A. Mendez
13                                   JOHN A. MENDEZ
                                     United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3