```
DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES RICHARD GILES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JAMES RICHARD GILES,<br><br>           Defendant. | No. Cr.S. 09-397-JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:  March 1, 2011<br>Time:  9:30 a.m.<br>Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for January 25, 2011, at 9:30 a.m., be rescheduled to March 1, 2011, at 9:30 a.m..

Mr. Giles is charged with unlawful refilling and transportation of gas cylinders alleged to have occurred in 2004 and 2005. The indictment was filed in late-2009. The alleged facts involve a number

of corporate shipping entities and contractors, and a complex set of federal regulations governing the transportation of these cylinders. Over the last year, the defense has worked to gain an understanding of this industry, to investigate involved entities, and to review relevant physical and documentary evidence.  This process is ongoing.

Sufficient work has been done such that the parties are now able to engage in meaningful settlement negotiations, which have begun. Additional time is needed for that purpose.

The parties agree that time under the Speedy Trial Act should be excluded from the date of this stipulation, January 19, 2010, through and including March 1, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and Local Code T4.

Dated: January 19, 2011          Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 /s/ Ben Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant


Dated: January 19, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Benjamin Galloway for
                                 SAMUEL WONG
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time

2

necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, January 19, 2011, through and including March 1, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for March 1, 2011, at 9:30 a.m..

DATED: 1/20/2011                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge