DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES RICHARD GILES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 09-397-JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| JAMES RICHARD GILES, | ) | Date:  April 19, 2011 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Judge: John A. Mendez |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for March 1, 2011, at 9:30 a.m., be rescheduled to April 19, 2011, at 9:30 a.m..

Mr. Giles is charged with unlawful refilling and transportation of gas cylinders alleged to have occurred in 2004 and 2005. The indictment was filed in late-2009. The alleged facts involve a number

of corporate shipping entities and contractors, and a complex set of federal regulations governing the transportation of these cylinders. Over the last year, the defense has worked to gain an understanding of this industry, to investigate involved entities, and to review relevant physical and documentary evidence.  This process is ongoing.

Sufficient work has been done such that the parties are now able to engage in meaningful settlement negotiations, which have begun. Additional time is needed for that purpose and to allow defense counsel time to research and properly advise defendant regarding the consequences of a guilty plea versus proceeding to trial.

The parties agree that time under the Speedy Trial Act should be excluded from the date of this stipulation, February 25, 2010, through and including April 19, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and Local Code T4.

Dated: February 25, 2011        Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender


                                /s/ Ben Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant


Dated: February 25, 2011        BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Benjamin Galloway for
                                SAMUEL WONG
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

### **O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a

2

continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, February 25, 2011, through and including April 19, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for April 19, 2011, at 9:30 a.m..

DATED: 2/25/2011.                    /s/ John A. Mendez
                                     JOHN A. MENDEZ
                                     United States District Judge

3