DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES RICHARD GILES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>     v.                         )<br>                                )<br> JAMES RICHARD GILES,           )<br>                                )<br>            Defendant.          )<br> _____  ) | No. Cr.S. 09-397-JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:  June 7, 2011<br>Time:  9:30 a.m.<br>Judge: John A. Mendez |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for May 3, 2011, at 9:30 a.m., be rescheduled to June 7, 2011, at 9:30 a.m..

   The parties are engaged in settlement discussions and are working toward a finalized agreement.  Additional time is needed to complete that process and defense counsel will need additional time to explain

1  the terms and consequences contained in any anticipated plea agreement
2  to his client so that the client can intelligently decide how to
3  proceed in this case.
4      The parties agree that time under the Speedy Trial Act should be
5  excluded from the date of this stipulation, April 26, 2011, through and
6  including June 7, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
7  (B)(iv), for preparation of defense counsel, and Local Code T4.

8  Dated: April 26, 2011          Respectfully submitted,

9                                 DANIEL BRODERICK
                                   Federal Defender
10

11                                 /s/ Ben Galloway
                                   BENJAMIN GALLOWAY
12                                 Assistant Federal Defender
                                   Attorney for Defendant
13

14
15 Dated: April 26, 2011          BENJAMIN B. WAGNER
                                   United States Attorney

16                                 /s/ Benjamin Galloway for
                                   SAMUEL WONG
17                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
18

19                              **O R D E R**

20     Based on the stipulation of the parties and good cause appearing
21 therefrom, the Court hereby finds that the failure to grant a
22 continuance in this case would deny defense counsel reasonable time
23 necessary for effective preparation, taking into account the exercise
24 of due diligence.  The Court specifically finds that the ends of
25 justice served by the granting of such continuance outweigh the
26 interests of the public and the defendant in a speedy trial.  Based on
27 these findings and pursuant to the stipulation of the parties, the
28 Court hereby adopts the stipulation of the parties in its entirety as

2

1  its order.  Time is excluded from computation of time within which the
2  trial of this matter must be commenced beginning from the date of the
3  stipulation, April 26, 2011, through and including June 7, 2011,
4  pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for
5  defense counsel to prepare] and Local Code T4.  A new status conference
6  date is hereby set for June 7, 2011, at 9:30 a.m..

DATED: April 27, 2011             /s/ John A. Mendez
                                  JOHN A. MENDEZ
                                  United States District Judge