DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES RICHARD GILES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 09-397-JAM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| JAMES RICHARD GILES, ) | Date:  July 12, 2011 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | Judge: John A. Mendez |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for June 7, 2011, at 9:30 a.m., be rescheduled to July 12, 2011, at 9:30 a.m..

The parties are engaged in settlement discussions and are attempting to work out, if possible, an agreement on the applicable Sentencing Guidelines and a possible pretrial resolution of this case.

Additional time is needed to complete that process and defense counsel will need additional time to explain the terms and consequences contained in any anticipated plea agreement to his client so that the client can intelligently decide how to proceed in this case.

The parties agree that time under the Speedy Trial Act should be excluded from the date of this stipulation, May 26, 2011, through and including July 12, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and Local Code T4.

Dated: May 26, 2011          Respectfully submitted,

                             DANIEL BRODERICK
                             Federal Defender


                             /s/ Ben Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant


Dated: May 26, 2011          BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Benjamin Galloway for
                             SAMUEL WONG
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the

Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, May 26, 2011, through and including July 12, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for July 12, 2011, at 9:30 a.m..

DATED: May 31, 2011

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

3