```
DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES RICHARD GILES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES RICHARD GILES,<br><br>　　　　　Defendant.<br>_____ | No. Cr.S. 09-397-JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:　August 9, 2011<br>Time:　9:30 a.m.<br>Judge:　John A. Mendez |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for July 12, 2011, at 9:30 a.m., be rescheduled to August 9, 2011, at 9:30 a.m..

　　　The parties are engaged in settlement discussions and are attempting to work out, if possible, an agreement on the applicable Sentencing Guidelines and a possible pretrial resolution of this case.

Additional time is needed to complete that process and defense counsel will need additional time to explain the terms and consequences contained in any anticipated plea agreement to his client so that the client can intelligently decide how to proceed in this case.

The parties agree that time under the Speedy Trial Act should be excluded from the date of this stipulation, July 7, 2011, through and including August 9, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and Local Code T4.

Dated: July 7, 2011           Respectfully submitted,

                              DANIEL BRODERICK
                              Federal Defender


                              /s/ Ben Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant


Dated: July 7, 2011           BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Benjamin Galloway for
                              SAMUEL WONG
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the

2

Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, July 7, 2011, through and including August 9, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for August 9, 2011, at 9:30 a.m..

DATED: 7/8/2011                    /s/ John A. Mendez
                                   JOHN A. MENDEZ
                                   United States District Judge

3