```
DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES RICHARD GILES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 09-397-JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| JAMES RICHARD GILES, | Date: September 20, 2011 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for August 9, 2011, at 9:30 a.m., be rescheduled to September 20, 2011, at 9:30 a.m..

The parties are engaged in settlement discussions and are attempting to work out, if possible, an agreement on the applicable Sentencing Guidelines and a possible pretrial resolution of this case.

1  Additional time is needed to complete that process and defense counsel
2  will need additional time to explain the terms and consequences
3  contained in any anticipated plea agreement to his client so that the
4  client can intelligently decide how to proceed in this case.
5      The parties agree that:  (1) time under the Speedy Trial Act
6  should be excluded from the date of this stipulation, August 4, 2011,
7  through and including September 20, 2011, pursuant to 18 U.S.C. §
8  3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and
9  Local Code T4; and (2) the ends of justice served by the granting of
10 the requested continuance outweigh the interests of the public and
11 defendant in a speedy trial.

12 Dated: August 4, 2011           Respectfully submitted,
13                                 DANIEL BRODERICK
                                   Federal Defender
14
15                                 /s/ Ben Galloway
                                   BENJAMIN GALLOWAY
16                                 Assistant Federal Defender
                                   Attorney for Defendant
17
18
19 Dated: August 4, 2011           BENJAMIN B. WAGNER
                                   United States Attorney
20                                 /s/ Benjamin Galloway for
                                   SAMUEL WONG
21                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
22

23                                **O R D E R**

24     Based on the stipulation of the parties and good cause appearing
25 therefrom, the Court hereby finds that the failure to grant a
26 continuance in this case would deny defense counsel reasonable time
27 necessary for effective preparation, taking into account the exercise
28 of due diligence.  The Court specifically finds that the ends of

                                    2

1  justice served by the granting of such continuance outweigh the
2  interests of the public and the defendant in a speedy trial.  Based on
3  these findings and pursuant to the stipulation of the parties, the
4  Court hereby adopts the stipulation of the parties in its entirety as
5  its order.  Time is excluded from computation of time within which the
6  trial of this matter must be commenced beginning from the date of the
7  stipulation, August 4, 2011, through and including September 20, 2011,
8  pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for
9  defense counsel to prepare] and Local Code T4.  A new status conference
10 date is hereby set for September 20, 2011, at 9:30 a.m..

DATED: 8/4/2011                    /s/ John A. Mendez
                                   JOHN A. MENDEZ
                                   United States District Judge