DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES RICHARD GILES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. Cr.S. 09-397-JAM |
| ) | |
| Plaintiff,  ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v.  ) | STATUS CONFERENCE |
| ) | |
| JAMES RICHARD GILES,  ) | Date: April 3, 2012 |
| ) | Time: 9:30 a.m. |
| Defendant.  ) | Judge: John A. Mendez |
| ) | |
| _____  ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for January 24, 2012, be vacated and a trial confirmation hearing be set for April 3, 2012 at 9:30 a.m., and a jury trial be set for May 21, 2012 at 9:00 a.m..

    The parties remain engaged in settlement discussions and are attempting to work out a possible pretrial resolution of this case.

Additional time is needed to complete that process.  Further, in the event the case does not resolve pretrial, additional time up until the proposed May 21, 2012, trial date is needed for defense counsel to prepare for trial, to consult with and retain expert witnesses, interview and subpoena percipient witnesses, and conduct additional defense investigation.

The parties agree that:  (1) time under the Speedy Trial Act should be excluded from the date of this stipulation, January 23, 2012, through and including May 21, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and Local Code T4; and (2) the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: January 23, 2012      Respectfully submitted,

                             DANIEL BRODERICK
                             Federal Defender


                             /s/ Ben Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant


Dated: January 23, 2012      BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Benjamin Galloway for
                             SAMUEL WONG
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

/ / /

/ / /

/ / /

/ / /

2

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, January 23, 2012, through and including May 21, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4. The status conference date of January 24, 2012, is hereby vacated, a trial confirmation hearing is set for April 3, 2012 at 9:30 a.m., and a jury trial is set for May 21, 2012, at 9:00 a.m..

DATED: 1/23/2012                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge