```
1   DANIEL BRODERICK, Bar #89424
    Federal Defender
2   BENJAMIN GALLOWAY, Bar #214897
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    JAMES RICHARD GILES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr.S. 09-397-JAM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER RESETTING |
| v. | ) TRIAL CONFIRMATION HEARING TO |
| | ) CHANGE OF PLEA HEARING, AND |
| JAMES RICHARD GILES, | ) VACATING TRIAL DATE |
| | ) |
| Defendant. | ) Date:  April 24, 2012 |
| | ) Time:  9:30 a.m. |
| _____ | ) Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the trial confirmation hearing set for April 3, 2012 be reset to a change of plea hearing on April 24, 2012 at 9:30 a.m.. Defense counsel desires this continuance to research the federal statutes and regulations that might relate to defendant's alleged criminal conduct and to advise defendant regarding the ramifications of various proposals discussed to settle this case. Defense counsel represents that is case will resolve by defendant's guilty plea to be entered on April 24, 2012. The parties further

1  stipulate that the jury trial set for May 21, 2012, be vacated in light
2  of the forthcoming change of plea.
3      The parties agree that:  (1) time under the Speedy Trial Act
4  should be excluded from the date of this stipulation, March 26, 2012,
5  through and including April 24, 2012, pursuant to 18 U.S.C. §
6  3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and
7  Local Code T4; and (2) the ends of justice served by the granting of
8  the requested continuance outweigh the best interests of the public and
9  defendant in a speedy trial.
10 Dated: March 26, 2012          Respectfully submitted,
11                                DANIEL BRODERICK
                                  Federal Defender
12
13                                /s/ Ben Galloway
                                  BENJAMIN GALLOWAY
14                                Assistant Federal Defender
                                  Attorney for Defendant
15
16
   Dated: March 26, 2012          BENJAMIN B. WAGNER
17                                United States Attorney
18                                /s/ Benjamin Galloway for
                                  SAMUEL WONG
19                                Assistant U.S. Attorney
                                  Attorney for Plaintiff
20
21                               O R D E R
22     Based on the stipulation of the parties and good cause appearing
23 therefrom, the Court hereby finds that the failure to grant a
24 continuance in this case would deny defense counsel reasonable time
25 necessary for effective preparation, taking into account the exercise
26 of due diligence.  The Court specifically finds that the ends of
27 justice served by the granting of such continuance outweigh the best
28 interests of the public and the defendant in a speedy trial.  Based on

1  these findings and pursuant to the stipulation of the parties, the
2  Court hereby adopts the stipulation of the parties in its entirety as
3  its order.  Time is excluded from computation of time within which the
4  trial of this matter must be commenced beginning from the date of the
5  stipulation, March 26, 2012, through and including April 24, 2012,
6  pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for
7  defense counsel to prepare] and Local Code T4.  The trial confirmation
8  hearing set for April 3, 2012 is hereby reset to a change of plea
9  hearing on April 24, 2012 at 9:30 a.m.. The jury trial set for May 21,
10 2012, is hereby vacated.

DATED: 3/27/2012                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court Judge

3