```
DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES RICHARD GILES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br> JAMES RICHARD GILES,             )<br>                                  )<br>            Defendant.            )<br> _____  ) | No. Cr.S. 09-397-JAM<br><br>STIPULATION AND ORDER RESETTING<br>CHANGE OF PLEA HEARING<br><br>Date:  May 22, 2012<br>Time:  9:30 a.m.<br>Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the change of plea hearing set for April 24, 2012 at 9:30 a.m. be reset to May 22, 2012 at 9:30 a.m.

The parties have reached a tentative resolution to this matter, however, several issues are being reviewed from the prosecution's standpoint with input from the Department of Transportation and within the United States Attorney's Office. Accordingly, this additional time is needed to obtain approval for the proposed resolution. In addition,

1 defense counsel desires this continuance to research the federal
2 statutes and regulations that might relate to defendant's alleged
3 criminal conduct and to advise defendant regarding the ramifications of
4 the proposal discussed to settle this case.

5     The parties agree that:  (1) time under the Speedy Trial Act
6 should be excluded from the date of this stipulation, April 16, 2012,
7 through and including May 22, 2012, pursuant to 18 U.S.C. §
8 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and
9 Local Code T4; and (2) the ends of justice served by the granting of
10 the requested continuance outweigh the best interests of the public and
11 defendant in a speedy trial.

12 Dated: April 16, 2012           Respectfully submitted,

13                                 DANIEL BRODERICK
                                    Federal Defender
14

15                                 /s/ Ben Galloway
                                    BENJAMIN GALLOWAY
16                                 Assistant Federal Defender
                                    Attorney for Defendant
17

18
Dated: April 16, 2012           BENJAMIN B. WAGNER
19                                 United States Attorney

20                                 /s/ Benjamin Galloway for
                                    SAMUEL WONG
21                                 Assistant U.S. Attorney
                                    Attorney for Plaintiff
22

23                                 O R D E R

24     Based on the stipulation of the parties and good cause appearing
25 therefrom, the Court hereby finds that the failure to grant a
26 continuance in this case would deny defense counsel reasonable time
27 necessary for effective preparation, taking into account the exercise
28 of due diligence.  The Court specifically finds that the ends of

justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, April 16, 2012, through and including May 22, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.

DATED: April 16, 2012

/s/ John A. Mendez

JOHN A. MENDEZ
United States District Judge